UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Joscel Quinto | : | Case No. 15-12019 WIL |
| Chona Quinto | : | Chapter 13 |
| | : | |
| Debtors | : | |

**OBJECTION TO EXEMPTIONS**

Comes now, Nancy Spencer Grigsby, Chapter 13 Trustee, and objects herein to the exemptions claimed by Debtors and for reasons states:

1. This Chapter 13 case was filed on February 13, 2015.  The meeting of creditors was held and concluded on March 26, 2015.

2. The Debtors' Schedule C (Dkt. 1) cites to ACM, C & JP § 11-504(f)(1)(i)(2) as the authority for the proposed exemptions of $45,950 of Debtors' real property.

3. The Debtors have exceeded the allowed homestead exemption of $22,975 by $22,975.

WHEREFORE, for the foregoing reasons, the Trustee moves that this Honorable Court disallow the above-cited exemption claimed by the Debtors on Schedule C (Dkt.1), and for such other and further relief as to this Honorable Court may deem necessary and proper.

Date:  April 2, 2015                    Respectfully submitted,

                                        Nancy Spencer Grigsby
                                        Chapter 13 Trustee

                                        /s/ Nancy Spencer Grigsby
                                        4201 Mitchellville Road
                                        Suite 401
                                        Bowie, Maryland 20716
                                        Tel. (301)805-4700
                                        Fax 301-805-9577
                                        E-mail: ngrigsby@ch13md.com

1

## NOTICE PURSUANT TO LOCAL RULE 4003-1

**PLEASE TAKE NOTICE THAT: (1) any opposition to the Objection must be filed with the Court and served on the Chapter 13 Trustee at the address provided above within twenty-eight (28) days after the date on the Certificate of Service; and (2) the Court may rule upon the Objection and any response thereto without a hearing.**

## POINTS AND AUTHORITIES

U.S. Bankruptcy Code, Section 522 (b)
Maryland Annotated Code, Courts and Judicial Proceedings Article, Section 11-504.
Fed. R. Bankr. Proc. 4003 and Local Rule 4003-1.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid on April 2, 2015 to:

Joscel Quinto
Chona Quinto
9517 Greenel Road
Damascus, MD 20872

William Frederick Steinwedel, Esquire
Maryland Legal Aid Bureau
500 E. Lexington Street
Baltimore, MD 21216

/s/Nancy Spencer Grigsby
Nancy Spencer Grigsby