

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re: | : |
| | : |
| Joscel Quinto | : Case No. 15-12019 WIL |
| Chona Quinto | : Chapter 13 |
| | : |
| Debtors | : |

### ORDER SUSTAINING OBJECTION TO EXEMPTIONS

The Objection to Exemptions filed by the Trustee having been read and considered, notice and opportunity for a hearing having been given, good cause having been shown, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Trustee's Objection to Exemptions is sustained pursuant to MC & JPCA 11-504(f) (3) and the MC & JPCA § 11-504(f)(1)(i)(2) exemption taken by the Debtors in Schedule C (Dkt. 1) is disallowed to the extent it exceeds the allowed exemption of $22,975.

cc: Nancy L. Spencer Grigsby, Trustee, 4201 Mitchellville Rd., Suite 401, Bowie, MD 20716

Joscel Quinto, Chona Quinto, 9517 Greenel Road, Damascus, MD 20872
William Frederick Steinwedel, Esquire, Maryland Legal Aid Bureau,500
500 E. Lexington Street, Baltimore, MD 21216

**END OF ORDER**